COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT

Appellate case name:        Rolando Acevedo, et al., v. The O'Quinn Law Firm, et al.

Appellate case number:     01-14-00138-CV

Trial court case number:   392,247-416

Trial court:                Probate Court Number 2 of Harris County

On September 18, 2014, this Court granted intervenor-appellants' "Unopposed Motion to Abate Appeal Pending Settlement Approval," to allow appellants 90 days to contact all 50 of their clients to try to settle the case by December 2, 2014. As directed by this Court in that order, appellants filed a letter on November 3, 2014, requesting that this Court keep this appeal in abeyance to allow the parties to resolve these claims. However, our order only granted the abatement until December 2, 2014, and stated that "[u]nless otherwise advised, or the appeal is dismissed upon a motion by appellants or all parties, the Court will reinstate this appeal on December 3, 2014," and appellants' brief would be due by January 2, 2015. Because the parties did not file a motion or current status update by December 2, 2014, this case is reinstated as of December 3, 2014.

Accordingly, this appeal is REINSTATED on this Court's active docket and appellants' brief is ORDERED to be filed by January 2, 2015. *See* TEX. R. APP. P. 2, 38.6(a). Appellees' brief, if any, is due to be filed within 30 days after the filing of appellants' brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                ⊠Acting individually

Date:  December 16, 2014